FILED: June 22, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1661
(8:21-cv-02058-TDC)

_____

JAKE'S FIREWORKS INC.

      Plaintiff - Appellant

v.

UNITED STATES CONSUMER PRODUCT SAFETY COMMISSION;
ALEXANDER HOEHN-SARIC, in his official capacity as Chairman of the CPSC

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:21-cv-02058-TDC |
| Date notice of appeal filed in originating court: | 06/20/2023 |
| Appellant | Jake's Fireworks Inc. |
| Appellate Case Number | 23-1661 |
| Case Manager | Emily Borneisen<br>804-916-2704 |